UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VALERIA BENITEZ BAUTISTA, GUILLERMO GABRIEL NEITO, and JAIME ANTONIO FRIAS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-2348-B |
| UR M. JADDOU, *in her official capacity as Director of U.S. Citizenship and Immigration Services,* and U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | § § § § § § § | |
| Defendants. | § | |

## ORDER

The parties agree that discovery and a trial in this case are not necessary because "the case should be resolved on cross-motions for summary judgment[.]" Doc. 18, Joint Status Report, 4–5. Accordingly, the Court implements the following briefing schedule:

(1)   Plaintiffs must file a dispositive motion on or before **August 13, 2021**.

(2)   Defendants must file a consolidated cross-dispositive motion and response to Plaintiffs' dispositive motion on or before **September 3, 2021**.

(3)   Plaintiffs must file a consolidated reply and response to Defendants' cross-dispositive motion on or before **September 24, 2021**.

(4)   Defendants must file a reply on or before **October 8, 2021**.

In addition to the above briefing schedule, the Court **ORDERS** the parties to file a Joint Report informing the Court of their choice of an agreed-upon mediator or of their inability to agree

upon a mediator **30 days** from the date of this order. In the event the parties are unable to agree on a mediator, the Court will appoint one for them. At that time, a separate Mediation Order will be issued, discussing the guidelines and requirements of the mediation. The parties shall mediate their case by **October 17, 2021**.

SO ORDERED.

SIGNED: August 11, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE